**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WILLIAM P. RUNKLE,               : No. 343 MAL 2014

         Respondent         :

                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court

       v.                     :

                              :

ARTHUR G. & LISA HAHN,         :

            Petitioners          :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 16th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.